AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

Tara S. Bradley
        Plaintiff

V.

FedEx Express Corporation
        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-5730 (KSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons:

Plaintiff submitted an incomplete IFP application for the Court's consideration. Plaintiff is directed to submit a complete application for the Court's review within 10 days of receipt of this order. The Clerk of the Court shall provide plaintiff with a blank application for in forma pauperus relief upon mailing of this order.

ENTER this 4th day of March, 2010

                                                  /s/ KSHayden
                                                Signature of Judicial Officer

                                                Katharine S. Hayden
                                                Name and title of Judicial Officer